IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACK FOLEY**                                                                                                                      **PLAINTIFF**

v.                                         **CASE NO. 4:21-CV-00635-BSM**

**AT&T UMBRELLA
BENEFIT PLAN NO. 3**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE